**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| DE-SHAUN JOHNSON,<br><br>    Plaintiff,<br><br>v.<br><br>TOUCHSTONE LIVING, INC.,<br><br>    Defendant. | Case No. 2:26-cv-00595-RFB-NJK<br><br>**Order**<br><br>[Docket No. 21] |

Pending before the Court is Defendant's motion to strike Plaintiff's notice of intent to re-serve Defendant at Docket No. 20. Docket No. 21. Plaintiff did not file a response. *See* Docket.

Local Rule 7-2(d) provides that the failure of an opposing party to file points and authorities in response to any motion, except a motion under Fed. R. Civ. P. 56 or a motion for attorney's fees, constitutes a consent to the granting of the motion.

Accordingly, the Court **GRANTS** Defendant's motion as unopposed and **STRIKES** Plaintiff's notice at Docket No. 20. Docket No. 21. The Court declines to grant any further relief.

IT IS SO ORDERED.

Dated: May 14, 2026

_____
Nancy J. Koppe
United States Magistrate Judge

1