# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

|  |  |
|---|---|
| DE-SHAUN JOHNSON,<br><br>    Plaintiff,<br><br>v.<br><br>TOUCHSTONE LIVING, INC.,<br><br>    Defendant. | Case No. 2:26-cv-00595-RFB-NJK<br><br>**Order**<br><br>[Docket No. 32] |

Pending before the Court is Plaintiff's emergency motion to stay proceedings for 90 days. Docket No. 32.

The Court **ORDERS** Defendant to file a response to the instant motion no later than July 7, 2026. Any reply must be filed no later than July 10, 2026.

IT IS SO ORDERED.

Dated: June 30, 2026

_____
Nancy J. Koppe
United States Magistrate Judge

1